**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-02483-LTB

JAMES M. AND LINDA J. GRUBKA, individually and on behalf of the
JAMES M. AND LINDA J. GRUBKA LIVING TRUST,

   Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC., a Delaware corporation authorized to transact business in the State of Colorado, its officers and directors individually,
BLAIR WHITAKER,
J. ROGER MOODY,
L. SHAWN BRESKOW,
JAMES W. STUCKERT,
ARCHIBALD J. McGILL,
WILEY E. PRENTICE, JR.,
STEVEN A. SPESARD,
STEVEN A. LYGA,
CAROL L. LEVEQUE,
DANIEL W. BOYD, and
J.J.B HILLIARY, W.L. LYONS, INC.,
(and all others who may be additionally named as defendants individually, jointly and severally),

   Defendants.
___

## MINUTE ORDER
___
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


  The Joint Motion to Stay Proceedings Against J.J.B Hilliard, W.L. Lyons, Inc. Pending Arbitration (Doc 3 - filed February 8, 2006) is **GRANTED**.


Dated:  February 9, 2006
___