IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  05-cv-02483-LTB-MEH

JAMES M. AND LINDA J. GRUBKA, individually and on behalf of the
JAMES M. AND LINDA J. GRUBKA LIVING TRUST,

       Plaintiffs,

v.

WEBACCESS INTERNATIONAL, INC., BLAIR WHITAKER, J. ROGER MOODY, L. SHAWN BRESKOW, JAMES W. STUCKERT, ARCHIBALD J. MCGILL, WILEY E. PRENTICE, JR., STEVEN A. SPESARD, STEVEN A. LYGA, CAROL L. LEVEQUE, DANIEL W. BOYD, JAMES ROGERS, AND J.J.B. HILLIARD, W.L. LYONS, INC.,

       Defendants.

_____

ORDER AND FINAL JUDGMENT
_____

The Joint Motion to Dismiss with Prejudice and for Entry of a Final Judgment is hereby granted.  Accordingly, it is hereby ordered that all of Plaintiffs' claims asserted in the First Amended Complaint or any other pleadings or papers in the above-captioned litigation (including without limitation the COCCA claims asserted in Plaintiffs' Motion for Leave to Amend Complaint with Respect to COCCA Claims [Dtk. #34]) against WebAccess International, Inc., Blair Whitaker, J. Roger Moody, L. Shawn Breskow, James W. Stuckert, Archibald J. McGill, Wiley E. Prentice, Jr., Steve A. Spesard, Steven A. Lyga, Carol L. Carnie (formerly Carol L. Leveque), and Daniel W. Boyd are hereby DISMISSED with prejudice, each party to bear his, her or its own legal fees, costs and expenses incurred during the litigation of the action.  In addition, pursuant to Fed.R.Civ.P. 54(b), the Court

has expressly determined that there is no just reason to delay entry of a final judgment in favor of the Settling Defendants.

This is a Final Judgment. All relief not expressly awarded herein is DENIED. Plaintiffs' Motion for Leave to Amend Complaint with Respect to COCCA Claims [Dtk. #34] is hereby DENIED as moot.

As the remaining claims between Plaintiffs and Defendants Hillard Lyons and James Rogers are being resolved in arbitration, the Clerk of the Court is directed to administratively close this case subject to reopening only upon a showing of good cause by an arbitrating party.

DATED: December 1, 2006

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge